%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of
COLUMBIA

Jonathan G. Wendland
6051B FauntLeroy Way, SW
Seattle, WA  98136

**SUMMONS IN A CIVIL ACTION**

V.

The Honorable Carlos Gutierrez
1401 Constitution Ave., N.W.
Washington, DC  20230          CASE NU

Case: 1:07-cv-01493
Assigned To : Kennedy, Henry H.
Assign. Date : 8/20/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

The United States Attorney
For the District of Columbia
555 Fourth Street, NW
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary Myers
Gary Myers, James Culp & Associates
78 Clark Mill Road
Weare, NH  03281
800-355-1095

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    AUG 2 0 2007

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | August 31, 2007 |
| NAME OF SERVER *(PRINT)* Lee A. Currier | TITLE | Office Manager |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

XX Other (specify):  Certified Mail Return Receipt  _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   September 5, 2007       *[signature]*
                    Date                                *Signature of Server*

Gary Myers, James Culp & Associates
78 Clark Mill Road
Weare, NH  03281

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
   AUG 3 1 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

The United States Attorney
For the District of Columbia
555 Fourth Street, NW
Washington, DC 20530

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7006 0100 0004 8416 6089

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Gary R. Myers
78 Clark Mill Road
Weare, NH  03281

03281+4608-78 R007