IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN G. WENDLAND<br>6051B FauntLeroy Way, S.W.<br>Seattle, WA 98136<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>THE HONORABLE CARLOS GUTIERREZ<br>1401 Constitution Ave., N.W.<br>Washington, D.C. 20230<br><br>　　　　　　　Defendant.<br><br>Also Serve:<br>The United States Attorney<br>for the District of Columbia<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br><br>The Attorney General of<br>the United States<br>10th & Constitution Ave., N.W.<br>Washington, D.C. 20530 | Civil Action No. 07-1493 (HHK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of John C. Truong, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　JOHN C. TRUONG, D.C. Bar #465901
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　(202) 307-0406