IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN G. WENDLAND<br>6051B FauntLeroy Way, S.W.<br>Seattle, WA 98136<br><br>           Plaintiff,<br><br>v.<br><br>THE HONORABLE CARLOS GUTIERREZ<br>1401 Constitution Ave., N.W.<br>Washington, D.C. 20230<br><br>           Defendant. | Civil Action No. 07-1493 (HHK) |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully moves the Court for an extension of time from October 30, 2007, to November 30, 2007, to respond to Plaintiff's Complaint. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion.

There is a good cause for the Court to grant this Motion. Plaintiff files this lawsuit under the Administrative Procedure Act to review and correct his fitness reports. Defendant is in the process of evaluating Plaintiff's claims. It appears that Defendant needs additional time to complete the process and prepare an appropriate response to Plaintiff's allegations. Furthermore, in the next two weeks, the undersigned counsel has to prepare several witnesses and defend their depositions. Moreover, the undersigned counsel has to file an opposition brief in the Second Circuit and prepare for oral argument in the D.C. Circuit in yet another matter. Accordingly, the undersigned counsel needs the additional time to prepare a response and circulate it for client

and supervisory review prior to filing it with the Court.

For these reasons, the Court should extend the deadline to November 30, 2007, for Defendant to respond to Plaintif's Complaint.

Dated: October 25, 2007.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JONATHAN G. WENDLAND )<br>6051B FauntLeroy Way, S.W. )<br>Seattle, WA 98136 )<br>           )<br>       **Plaintiff,**    )<br>           )<br>v.          )     Civil Action No. 07-1493 (HHK)<br>           )<br>THE HONORABLE CARLOS GUTIERREZ )<br>1401 Constitution Ave., N.W.  )<br>Washington, D.C. 20230    )<br>           )<br>       **Defendant.**    )<br>           ) | |

**ORDER**

Upon consideration of Defendant's Motion for Extension fo Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Motion for an Extension of Time  be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including November 30, 2007, to respond to Plaintiff's Complaint.

SO ORDERED.

                    _____
                    U.S. District Judge