IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN G. WENDLAND<br>6051B FauntLeroy Way, S.W.<br>Seattle, WA 98136<br><br>     **Plaintiff,**<br><br>v.<br><br>THE HONORABLE CARLOS GUTIERREZ<br>1401 Constitution Ave., N.W.<br>Washington, D.C. 20230<br><br>     **Defendant.** | Civil Action No. 07-1493 (HHK) |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully moves the Court for an extension of time from November 30, 2007, to December 4, 2007, to respond to Plaintiff's Complaint. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion.

There is a good cause for the Court to grant this Motion. Defendant intended to file a response by the due date, November 30, 2007; however, due to two unanticipated upcoming hearings in MDL No. 1688 (RCL) scheduled for this Friday November 30, 2007, and December 3, 2007, have prevented the undersigned from completing the response to the Complaint. The undersigned counsel is also preparing for a status hearing in Mills v. LOC, Civ. No. 04-2205 (HHK), for tomorrow. Moreover, the undersigned counsel participated in a mediation yesterday in Pegues v. Peters, Civ. No. 04-2165, that lasted longer than anticipated. The undersigned counsel also had to defend a deposition and engaged in a "meet and confer" session on Tuesday

in Porter v. Johnson, No. 04-2121 (PLF) that also lasted longer than anticipated.

For these reasons, the Court should extend the deadline to December 4, 2007, for Defendant to respond to Plaintiff's Complaint.

Dated: November 29, 2007.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **JONATHAN G. WENDLAND**<br>6051B FauntLeroy Way, S.W.<br>Seattle, WA 98136<br><br>    **Plaintiff,**<br><br>v.<br><br>**THE HONORABLE CARLOS GUTIERREZ**<br>1401 Constitution Ave., N.W.<br>Washington, D.C. 20230<br><br>    **Defendant.** | Civil Action No. 07-1493 (HHK) |

**ORDER**

Upon consideration of Defendant's Consent Motion for Extension fo Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including December 4, 2007, to respond to Plaintiff's Complaint.

SO ORDERED.

                   _____
                   U.S. District Judge