UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jonathan G. Wendland )<br>6051B FauntLeroy Way, SW )<br>Seattle, WA  98136 )<br> )<br>          Plaintiff, )<br> )<br>The Honorable Carlos Gutierrez )<br>1401 Constitution Ave., N.W. )<br>Washington, D.C.  20230 )<br> )<br>          Defendant. )<br> ) | Civil Docket<br>No: 07-cv-01493<br>( HHK ) |

## PLAINTIFF'S OUT OF TIME CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, by counsel, hereby moves this Court to grant an out of time motion for enlargement to file an opposition to Defendant's motion to dismiss to December 28, 2007.

Defendant filed a motion to dismiss on December 4, 2007. Plaintiff's opposition under local rule 7 was due on December 17, 2007. Through inadvertence Plaintiff failed to file a request for enlargement on December 17, 2007. Plaintiff's counsel incorrectly noted the filing date of the motion to dismiss in Plaintiff's records.

Plaintiff was in hearings in San Antonio, Texas, and Camp Casey, Korea, from December 4 through December 13, 2007.

Plaintiff has spoken with government counsel and government counsel consents to this motion. Plaintiff has consented to all prior government requests for enlargement. Plaintiff's counsel apologizes to the Court for this error.

Respectfully submitted,

Gary R. Myers
Counsel for Plaintiff
DC Bar # 157115
78 Clark Mill Road
Weare, NH  03281
Ph: 800-355-1095
Fax: 603-529-3009
E-mail: myers@mclaw.us

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jonathan G. Wendland )<br>6051B FauntLeroy Way, SW )<br>Seattle, WA  98136 )<br> )<br>     Plaintiff, )<br> )<br>The Honorable Carlos Gutierrez )<br>1401 Constitution Ave., N.W. )<br>Washington, D.C.  20230 )<br> )<br>     Defendant. )<br> ) | Civil Docket<br>No: 07-cv-01493<br>( HHK) |

## ORDER

Upon consideration of Plaintiff's Out of Time Motion for Enlargement of Time to File an Opposition to Defendant's Motion to Dismiss it is hereby ORDERED that:

Plaintiff is granted an enlargement to December 28, 2007, to file an opposition to Defendant's motion to dismiss.

_____
District Court Judge