IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN G. WENDLAND )<br>6051B FauntLeroy Way, S.W. )<br>Seattle, WA 98136 )<br>       )<br>       Plaintiff, )<br>       )<br>v.     )<br>       )<br>THE HONORABLE CARLOS GUTIERREZ )<br>1401 Constitution Ave., N.W. )<br>Washington, D.C. 20230 )<br>       )<br>       Defendant. )<br>       ) | Civil Action No. 07-1493 (HHK) |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully moves the Court for an extension of time from January 10, 2008, to January 28, 2008, to file a Reply to Plaintiff's Opposition. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion.

There is a good cause for the Court to grant this Motion. Plaintiff filed his Opposition to Defendant's Motion to Dismiss For Lack of Subject Matter Jurisdiction on December 28, 2007, the Friday before the New Year. Under interplay of Local Rule 7(d) and Fed. R. Civ. P. 6(e), Defendant's Reply is due on January 10, 2008. In order to prepare a proper response to Plaintiff's Opposition, Defendant will need input from agency counsel. However, the undersigned counsel was unable to contact agency counsel to discuss the issues until after the New Year.

Furthermore, because of other pressing litigation obligations, the undersigned counsel needs the additional time to prepare a response.  Specifically, the undersigned counsel has a hearing on a discovery dispute in *In Re Fannie Mae Litigation*, MDL 1688, Civ. No. 04-1639 (RJL), on January 7, 2008.  Furthermore, the undersigned counsel is scheduled to defend a deposition of an agency official on the next day, January 8, 2008.  The undersigned counsel has an all-day, court-ordered mediation session in Elion v. Jackson, Civ. No. 05-992 (PLF), on January 9, 2008.  Finally, the undersigned counsel is also responsible for preparing two appellate opposition briefs in NCAP v. EPA, No. 07-5116 (D.C. Cir.) and Adams v. Rice, 07-5101 (D.C. Cir.) for the weeks of January 14th and January 21st, respectively.

For these reasons, Defendant respectfully requests that the Court grant an extension until January 28, 2008, for Defendant to file a Reply to Plaintiff's Opposition.

Dated: January 4, 2008.                                Respectfully Submitted,


     /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


     /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

     /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JONATHAN G. WENDLAND )<br>6051B FauntLeroy Way, S.W. )<br>Seattle, WA 98136 )<br>             )<br>        **Plaintiff,** )<br>             )<br>   v.        )     Civil Action No. 07-1493 (HHK)<br>             )<br>THE HONORABLE CARLOS GUTIERREZ )<br>1401 Constitution Ave., N.W. )<br>Washington, D.C. 20230 )<br>             )<br>        **Defendant.** )<br>             ) | |

**ORDER**

Upon consideration of Defendant's Consent Motion for Extension fo Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including January 28, 2008, to file a Reply to Plaintiff's Opposition.

SO ORDERED.

                              _____
                              U.S. District Judge