IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN G. WENDLAND ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1493 (HHK) |
| ) | |
| THE HONORABLE CARLOS GUTIERREZ ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully moves the Court for an extension of time from January 28, 2008, to February 4, 2008, to file a Reply to Plaintiff's Opposition. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause for the Court to grant this Motion. Defendant needs additional time to file a reply because the undersigned counsel has been consumed by several urgent and unanticipated matters. Specifically, after an evidentiary hearing on January 16, 2008, in *In Re Fannie Mae Litigation*, MDL 1688, Civ. No. 04-1639 (RJL), the court ordered the agency to produce thousands of privileged documents by February 5, 2008. The MDL court followed up with a written order on January 22, 2008. As a result of this production order, the undersigned counsel has devoted substantial time to addressing that order. Furthermore, the undersigned counsel had to prepare and file a Brief for Appellee with the D.C. Circuit in Adams v. Rice, 07-5101 (D.C. Cir.), on January 22, 2008. In addition, the undersigned counsel has to file another

D.C. Circuit brief in NCAP v. EPA, No. 07-5116 (D.C. Cir.), by Tuesday January 29, 2008. As a result of these pressing obligations, especially given the production order in the MDL matter, the undersigned counsel needs a one-week extension to prepare a proper reply and circulate it for client and supervisory review prior to filing it with the Court.

For these reasons, Defendant respectfully requests that the Court grant an extension until February 4, 2008, for Defendant to file a Reply to Plaintiff's Opposition.

Dated: January 28, 2008.                         Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **JONATHAN G. WENDLAND**<br>6051B FauntLeroy Way, S.W.<br>Seattle, WA 98136<br><br>            **Plaintiff,**<br><br>   v.<br><br>**THE HONORABLE CARLOS GUTIERREZ**<br>1401 Constitution Ave., N.W.<br>Washington, D.C. 20230<br><br>            **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1493 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including February 4, 2008, to file a Reply to Plaintiff's Opposition.

SO ORDERED.

                                                              _____
                                                              U.S. District Judge